# EXHIBIT A

25-00027

**GAVIN RICHARD**
**(PLAINTIFF)**

**VS.**

**GOOGLE, LLC.,**
**YOUTUBE LLC, Et. Al**
**(DEFENDANTS)**

**CASE NO:**  **DIVISION:**

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**FIRST CITY COURT**

**B**

**VERIFIED**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

NOW INTO COURT, comes the plaintiff, Gavin M. Richard, a person of full majority, who respectfully submits the following complaint against Defendants YouTube, and Google, before this Honorable Court, states as follows:

### PARTIES

1. The plaintiff, Gavin M. Richard, is a person of full age and majority, domiciled in the State of Louisiana, parish of Orleans.

2. The defendant, "Google", is a Limited Liability Company, that has its principal place of business in Mountain View, California, which does its business worldwide via the Internet as a multinational technology company.

3. The defendant, YouTube, is a Limited Liability Company, that is owned by its parent company "Google", with its principal place of business located in San Bruno, California.

4. It is believed that Google is insured by an unknown insurance company, whose location is also unknown at this time.

### JURISDICTION

5. Pursuant to La. Civil Code of Procedure arts. 73-74, and art. 4843 venue is proper in the parish of Orleans the wrongful conduct has taken place in this parish.

### BACKGROUND

6. Mr. Richard is a Black-American male, who operates several channels on YouTube including under the channel, "Christmas Time Rewind, "Gboot2786", and "Gavin Richard".

7. The plaintiff's channels have combined approximately 1,200 videos with over 180,000 combined views.

8. The plaintiff's main channel, Gboot2786, has been in operation since September 26, 2006.

8. Beginning in 2020, the plaintiff began producing a weekly livestream broadcast on Thursday nights entitled "Gavin Richard Presents: Random Topics".

9. Mr. Richard operates several channels on YouTube including under the channel "Christmas Time Rewind, "Gboot2786", and "Gavin Richard".

10. The plaintiff's channels have combined approximately 1,200 videos with an estimated 180,000 combined views.

11. The plaintiff's main channel, Gboot2786, has been in operation since September 26,

2006.

12. Beginning in 2020, the plaintiff began producing a weekly livestream broadcast on Thursday nights entitled "Gavin Richard Presents: Random Topics".

13. Subsequently, the show began producing livestreams on Sundays & Tuesdays. The plaintiff subsequently noticed that his channel had been falsely flagged for different channel violations, including, but not limited to copyright strikes, including Hate Speech, Cyber bullying, and/or harassment while exercising his First Amendment rights.

14. On or about November 30, 2020, YouTube issued a "Warning" on both channels "Gboot2786" & "Gavin Richard", for sharing a simulcast entitled "The Criterion" from the Hon. Minister Louis Farrakhan, leader of the Nation of Islam.



n of Islam.

15. A community guidelines warning was placed on the plaintiff's channel and is permanent for the remainder of the channel's duration.

16. It is important to note that on or about May 3, 2019, social media outlets including, Facebook, Instagram, YouTube, Twitter, Apple podcasts, and others had announced that they would ban Louis Farrakhan, Alex Jones, Milo Yiannopoulos, and other individuals who they alleged to have claimed promote "hate speech".



(Community Guidelines Strike issued on December 2, 2020, against the channel)

17. On or about October 2, 2020, YouTube had removed the Nation of Islam's main YouTube channel. (*Please See Attached article* "**YouTube removes Louis Farrakhan's Nation of Islam channel.**")

18. An appeal was filed as to the plaintiff's YouTube Channel, but was quickly rejected with neither a valid explanation nor thorough investigation as to why the defendants removed the video and placed a warning strike on his channel.

19. On or about July 21, 2021, due to the fact that Mr. Richard had obtained over 1,000 YouTube subscribers, and more than 4,000 public watch hours, his channel qualified and was granted monetization.

20. On August 20, 2021, nearly one month after the monetization was granted, the channel was subsequently demonetized for supposedly violating the company's "Community Guidelines", citing "Harassment".

21. On or about August 7, 2023, the plaintiff was again issued a strike for violating its "harassment and cyberbullying" policy in a video entitled "Kwame vs. Sharpe."

22. The video in and of itself was reviewing an argument against two former athletes, Shannon Sharpe & Kwame Brown, over their argument with LeBron James' playoff

performance.

 YouTube removed your content    Inbox ×

YouTube <no-reply@youtube.com>    Mon, Aug 7, 2023, 2:17 PM
to gboot2786-5925

### YouTube

Hi gboot2786,

Our team has reviewed your content, and, unfortunately, we think it violates our harassment policy. We've removed the following content from YouTube:

Video: Kwame vs. Sharpe

 

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

**How your content violated the policy**

Content that contains targeted harassment or malicious insults (such as racial slurs) isn't allowed on YouTube. This includes, but is not limited to, stalking, threats, unwanted sexualization, and prolonged name-calling or malicious insults that target intrinsic attributes.

*(Video removed for violating the harassment policy; Kwame vs. Sharpe)*

23. YouTube has neither provided in either situation what exactly constituted the violation of the channel's policies on "hate speech" nor "harassment or cyberbullying" to the plaintiff.

24. The plaintiff's channel has been the target of a discriminatory practice known as "shadow banning", by the defendants, which prevents the channels from being viewed and discovered by channel surfers.

25. In addition to these two examples, the defendant has knowingly, willfully, and deliberately removed subscribers from his channel without their knowledge, and prevented those subscribed and notified about the channel being live for its broadcast.

### COUNT 1

**Defendant's conduct against the plaintiff has resulted as a clear violation of the Plaintiff's Constitutional Rights under the First & Fourteenth Amendment, and the Freedom of Expression**

26. These actions have violated the plaintiff's First & Fourteenth Amendments Rights pursuant to the United States Constitution, a violation of the Louisiana Seventh Amendment of the state constitution, which grants Freedom of Expression.

27. As a result of the defendants' conduct, the plaintiff has lost future earnings, sponsorship deals, subjected to slander and defamation at the hands of defendants, and loss of income from the demonetization of his account.

28. It is important to note that these actions by the defendants, "YouTube" & "Google", are a part of a continuous, ongoing tort, that has significantly impacted the plaintiff's ability to grow his platforms.

29. Plaintiff contends that in part due to Min. Farrakhan being banned from YouTube, the company openly targeted any and all platforms such as his that showed any type of support for the Minister.



(Disclaimer lists that the plaintiff's channel as de-monetized for "Harassment")

## COUNT 2

**YouTube's declaration of classifying the plaintiff's channel for Hate Speech with no evidence or actual declaration constitutes as defamation of character.**

30. Louisiana Civil Code Art. 2315 states that "Every act whatever of man that causes damage to another obliges him by whose fault it happened to repair it."

31. Defendants claimed that several videos of the channel constituted as hate speech.

32. As a result of these malicious actions, the plaintiff's channels were forcibly suspended for a period.

33. The defendants also put community guidelines strike on the channel for promoting as hate speech, that has never come down.

34. The defendant, YouTube, has also taken videos down from the plaintiff's library without his knowledge and consent, while also scrubbing the channel of subscribers.

35. Some subscribers to both channels have no knowledge of when the channel is going live because YouTube arbitrarily, intentionally, and maliciously marked the channel for hate speech.

36. By citing the channel for hate speech, it also cost the plaintiff the opportunity to earn income from advertisers, sponsorships, the YouTube Partnership program, and other outlets.

37. These actions are clearly intentional, and have been done to prevent the plaintiff from growing his platform.

38. Since "Google" operates "YouTube", that are responsible for creating a hostile work environment for its content creators as the plaintiff.

39. It should be noted that the defendants have continued in tortious conduct towards the defendant.

40. With these public records filing, the petitioner hereby asserts a reservation of rights to

proceed in suit against all persons and/or entities who may be deemed liable unto it for all of the damages Gavin M. Richard has been caused to experience and suffer as a result of the damages referenced in his complaint.

**WHEREFORE**, the Plaintiff requests that after careful consideration this Honorable Court:

   A. Enter a judgment in favor of Plaintiff and against Defendants; Named defendants herein known as "Google", who owns and also does business as "YouTube",

   B. Enter an order declaring Defendants Google, LLC & YouTube, LLC conduct unconstitutional;

   C. Award Plaintiff compensatory damages against Defendants in the amount of $25,000.00 for defamation of character, free speech violations, et. al;

   D. Any and all other damages that this Honorable Court may reward as required under Louisiana law.

Respectfully submitted,

By: _____
Gavin Richard, Bar Roll No. 35977
The Law Offices of Gavin M. Richard, LLC.
1100 Poydras Street, Ste. 2900
Telephone: (225) 706-8449, ext. 210
Facsimile: (225) 922-4550
E-mail: gavinrichard@icloud.com
Attorneys for the Plaintiff

**DEFENDANTS TO BE SERVED VIA LONG ARM STATUTE AT:**

Legal Support
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066

**GOOGLE**

1600 Amphitheatre Parkway
Mountain View, CA 94043

SERVICE ISSUED ON:
1/8/2025 -- Long Arm
BY: JM   Mailed to Atty.

# YouTube removes Louis Farrakhan's Nation of Islam channel

Organization headed by anti-Semitic leader violated hate speech guidelines, company says; accounts belonging to some of group's members still active

By BEN SALES
7 October 2020, 5:06 am



Louis Farrakhan of the Nation of Islam speaks at Saint Sabina Church, May 9, 2019, in Chicago. (Ashlee Rezin/Chicago Sun-Times via AP)

JTA — YouTube has removed the video channel of the Nation of Islam, the organization led by Louis Farrakhan.

YouTube said it removed the channel on October 2, citing its policies against hate speech, according to the Jewish Journal.

"We have strict policies prohibiting hate speech on YouTube, and terminate any channel that repeatedly or egregiously violates those policies," said the statement.



YouTube said it has removed 25,000 channels for hate speech.

Some individual accounts of Nation of Islam members are still up, with tens of thousands of followers.

Farrakhan is a longtime, vehement anti-Semite who has railed against "wicked Jews," praised Adolf Hitler, condemned the "synagogue of Satan," likened Jews to termites and accused them of controlling the US government. He also has a history of homophobia.

This past summer, a string of c[eleb]ities, including NFL star DeSean Jackson, TV [perso]nality Nick Cannon, and rapper Ice Cube, defended or praised Farrakhan and echoed his anti-Semitic rhetoric.

A July 4 speech in which Farrakhan called Jews the "enemy of God" has been viewed more than a million times, according to the Anti-Defamation League. That month the ADL called Farrakhan the "most popular antisemite in America."

YouTube has also removed white supremacists from its platform this year, including Richard Spencer and David Duke.